IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| UNITED STATES OF AMERICA | : | CRIMINAL |
| | : | |
| v. | : | |
| | : | |
| KEVIN R. JENKINS | : | NO. 04-506-2 |

## O R D E R

AND NOW, this 6th day of June, 2005, it is hereby **ORDERED** that the defendant's Pro-Se Motion to Dismiss My Court Appointed Attorney and Appoint new Counsel (DOCUMENT #61) hereby **GRANTED.** It is further **ORDERED** that Patrick J. Egan, Esquire  is  appointed as counsel for the above defendant pursuant to the Criminal Justice Act.

BY THE COURT

_____
Berle M. Schiller,                J.