IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                   :

                                           :

                vs.                        :          CRIMINAL NO. 04-506-2

KEVIN JENKINS                              :

                                           :

### JUDGMENT OF ACQUITTAL/NOT GUILTY

        AND NOW, this 10th day of  May, 2006, came the attorney for the Government and the defendant being present with counsel, and

[  ]     The Court having granted the defendant's motion for judgment of acquittal as to:

[  ]     A jury has been waived, and the Court has found the defendant not guilty as to:

[X]     The jury has returned its verdict, finding the defendant not guilty as to: Count 5

        **AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

                                        BY THE COURT:

                                        _____
                                        **Berle M. Schiller, J.**

cc:     U.S. Marshal - via fax
        Probation Office - via fax
        Counsel

 5/11/06       C. Campoli
  Date         By Whom

Cr 1 (4/2006)