# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

      v.                                          **CRIMINAL NO. 04-506-2**

**KEVIN JENKINS**

<u>ORDER</u>

AND NOW, to wit, this _____ day of _____, 2006, it is hereby ORDERED and DECREED that Defendant's Motion for a JUDGMENT OF ACQUITTAL pursuant to Rule 29 of the Federal Rules of Criminal Procedure is GRANTED.

BY THE COURT:

_____
                                              J.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

      v.                                  CRIMINAL NO. 04-506-2

**KEVIN JENKINS**

<u>MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE</u>

Kevin Jenkins, by and through his counsel Peter Levin, Esquire, respectfully requests this Court to enter a Judgment of Acquittal, and in support therefore avers the following:

1. On May 10, 2006, the Defendant was convicted of Count 1, 3, 4 and 7 in the above captioned matter.

2. Defendant asserts that the evidence was insufficient to convict him of conspiracy to commit carjacking and using a firearm in furtherance of a conspiracy to commit carjacking.

3. Counsel has ordered the transcripts from the trial and requests permission to file a memorandum of law after the transcripts have been reviewed.

WHEREFORE, Defendant respectfully requests this Honorable Court to grant a Judgment of Acquittal and that he be permitted to file a Memorandum of Law when the notes of testimony have been provided to counsel.

                                  Respectfully submitted,

                                  2865

                                _____
                                Peter A. Levin, Esquire
                                1927 Hamilton Street
                                Philadelphia, PA 19130
                                (215) 563-3454

## CERTIFICATE OF SERVICE

      Peter A. Levin, Esquire, hereby certifies that a true and correct copy of the within Motion has been served upon by First Class Mail to:

>Jennifer Chun, Esquire
>Assistant United States Attorney
>615 Chestnut Street
>Suite 1250
>Philadelphia, PA 19106

                2865
PETER A. LEVIN, ESQUIRE

Dated: 5/15/06

3