# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

KEVIN JENKINS

CRIMINAL NO. 04-506-2

FILED
JUN 20 2007
MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk

## MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Kevin Jenkins, by and through his counsel Peter Levin, Esquire, respectfully requests this Court to enter a Judgment of Acquittal, and in support therefore avers the following:

1. On June 13, 2007, the Defendant was convicted of Count 1 and 3 in the above captioned matter.

2. Defendant asserts that the evidence was insufficient to convict him of conspiracy to commit armed bank robbery and using and possessing a firearm in furtherance of a conspiracy to commit armed bank robbery

3. Counsel has ordered the transcripts from the trial and requests permission to file a memorandum of law after the transcripts have been reviewed.

WHEREFORE, Defendant respectfully requests this Honorable Court to grant a Judgment of Acquittal and that he be permitted to file a Memorandum of Law when the notes of testimony have been provided to counsel.

Respectfully submitted,

2865

_____
Peter A. Levin, Esquire
1927 Hamilton Street
Philadelphia, PA 19130
(215) 563-3454

2

## CERTIFICATE OF SERVICE

Peter A. Levin, Esquire, hereby certifies that a true and correct copy of the within Motion has been served upon by First Class Mail to:

Jennifer Chun, Esquire
Assistant United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

FILED
JUN 20 2007
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

2865

PETER A. LEVIN, ESQUIRE

Dated: 6/20/07

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    v.                                                      CRIMINAL NO. 04-506-2

KEVIN JENKINS

<u>ORDER</u>

        AND NOW, to wit, this     day of      , 2007, it is hereby ORDERED and DECREED that Defendant's Motion for a JUDGMENT OF ACQUITTAL pursuant to Rule 29 of the Federal Rules of Criminal Procedure is GRANTED.

                                              BY THE COURT:

                                              _____
                                                                         J.