UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 07-4569

UNITED STATES OF AMERICA

v.

KEVIN JENKINS,
      Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 04-cr-00506-2)
District Judge: Honorable Berle M. Schiller

Argued May 28, 2009
Before: FISHER, CHAGARES and COWEN, *Circuit Judges.*

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued by counsel on May 28, 2009. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of conviction of the District Court entered December 5, 2007, be and the same is hereby VACATED and REMANDED as to Count Three, and AFFIRMED in all other respects. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: August 19, 2009

Certified as a true copy and issued in lieu of a formal mandate on 10/27/09

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit