IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    Criminal No. 04-506-2 |
| vs. | : |
| | : |
| KEVIN JENKINS | : |

**O R D E R**

AND NOW, this 4th day of November, 2009, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Warden of USP Hazelton and the United States Marshal(s) for the Eastern District of Pennsylvania produce before this Court the body of **Kevin Jenkins, #58608-066** on **December 2, 2009** at **11:30 A.M.** before the Honorable Berle M. Schiller, United States District Court Judge to appear for a re-sentencing in the above-captioned matter, and that immediately upon termination of the said proceedings, he be delivered into the custody of the said superintendent of the said institution.

BY THE COURT:

_____
**Berle M. Schiller, J.**

cc: U.S. Marshal (2)

| 11/4/09 | C. Campoli |
|---|---|
| DATE | By Whom |

Cr 2 (8/80)