IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: November 4, 2009 |
| vs. | : | |
| | : | |
| KEVIN JENKINS | : | Criminal No. 04-506-2 |
| #58608-066 | | |

**TAKE NOTICE** that the above-entitled case has been set for **re-sentencing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **December 2, 2009** at **11:30 a.m.** before the Honorable Berle M. Schiller, in Courtroom 13-B, 13th Floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

☐ INTERPRETER REQUIRED

Chris Campoli
Deputy Clerk to Judge Berle M. Schiller

**THIS PROCEEDING HAS BEEN RE-SCHEDULED FROM** _____

Notice to:
  Defendant
  Peter Levin, Esq., Defense Counsel (via fax)
  Robert A. Zauzmer, Esq., A.U.S.A. (via e-mail)
  U.S. Marshal (via e-mail)
  Probation Office (via e-mail)
  Pretrial Services (via e-mail)
Cr 4 (rev. 8/97)   Larry Bowman (via e-mail)