IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
|  | : |  |
| v. | : |  |
|  | : |  |
| KEVIN JENKINS | : | NO. 04-506-2 |

**O R D E R**

AND NOW, this 19th day of November, 2009, it is hereby **ORDERED** that the U.S. Probation Office shall prepare a revised Pre-Sentence Report without Count Three for the re-sentencing scheduled for December 8, 2009.

BY THE COURT:

**Berle M. Schiller, J.**