IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO: 2:04CR00506-02 |
| KEVIN JENKINS | : | |

## ORDER

AND NOW, this 11th day of March 2020, it is hereby ORDERED that due to Kevin Jenkins' successful completion of the U.S. Probation Office's Supervision to Aid Re-entry Program, his term of supervised release scheduled to expire on September 9, 2023, shall be reduced by twelve months.

BY THE COURT:

_____
BERLE M. SCHILLER
US DISTRICT COURT JUDGE